ACCEPTED
03-14-00718-CV
5666395
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/12/2015 7:15:20 PM
JEFFREY D. KYLE
CLERK

# Law Office of
# Michael S. Truesdale, PLLC

Michael S. Truesdale                                       mike@truesdalelaw.com

*Board Certified • Civil Appellate Law*
*Texas Board of Legal Specialization*

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/12/2015 7:15:20 PM
JEFFREY D. KYLE
Clerk

June 12, 2015

Honorable Jeffrey Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, TX 78711

> Re:     03-14-00718-CV, *Citizens against the Landfill in Hempstead et al. v.*
> *Texas Commission on Environmental Quality, et al.*
> Response to Appellants' Motion to Reconsider Denial of Oral Argument

Dear Mr. Kyle:

Please file this letter with the papers in the above-captioned case.

On June 9, 2015, Appellants filed a motion to reconsider the denial of their request for oral argument.  Pintail Landfill, LLC files this letter in response.

For the reasons set forth in its Brief of Appellee, Pintail opposes the Motion.  While Appellants contend the case raises "issues of first impression", they do not identify any such issues, nor do they explain why any such issues are so complicated that they cannot be resolved based upon the briefing provided by top-tier counsel at every stage in this case.  Nor did they identify such issues or rely upon such a ground in their initial statement regarding oral argument.  Finally, while Appellants contend that oral argument is needed to "bring clarity" to the written arguments, they do not explain what deficiency exists in the briefing that needs to be clarified.  Pintail Landfill, LLC is willing to stand by its briefing without oral submission, as the case simply does not warrant anything more than submission on the briefs.

Accordingly, Pintail Landfill, LLC opposes the motion requesting reconsideration of the denial of oral argument, reserving its right to participate and present oral argument in the event the motion is granted.

Respectfully submitted,

*/s/ Michael S. Truesdale*
Michael S. Truesdale
SBN 00791825
Counsel for Appellee Pintail Landfill, LLC

## CERTIFICATE OF SERVICE

On June 12, 2015, the undersigned certifies that he served a copy of this letter on the following counsel by e-service:

V. Blaire Peña
Terry L. Scarborough
Michael L. Woodward
Wesley P. McGuffey
Hance Scarborough, LLP
400 West 15th Street, Suite 9500
Austin, TX 78701
**Attorneys for Citizens Against the Landfill in Hempstead**

Monica M. Jacobs
Diana L. Nichols
Kelly Hart & Hallman LLP
301 Congress Avenue, Suite 2000
Austin, Texas 78701
**Attorneys for City of Hempstead**

Nancy Olinger, Assistant Attorney General
Cynthia Woelk, Assistant Attorney General
P.O. Box 12548, Capitol Station (MC-066)
Austin, TX 78711-2548
**Attorneys for the Texas Commission on Environmental Quality**

*/s/ Michael S. Truesdale*
Michael S. Truesdale